1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION, SANTA ANA

| | |
|---|---|
| DAVID REY,<br><br>    Plaintiff,<br>v.<br><br>SUPERVALU INC.; SUPERVALU INC. dba ALBERTSON'S; ALBERTSON'S; and DOES 1 through 100, inclusive.,<br><br>    Defendant. | Case No. SACV 13-01328 CJC (RZx)<br><br>(Removed from Orange County Superior Court Case No. 30-2013-00661756-CU-WT-CJC)<br><br>**JUDGMENT**<br><br>[Filed Concurrently With: (1) Memorandum of Points and Authorities; (2) Declarations of Heidi Crane, Russell Pond, Christine Orange and Leigh A. White; and (3) Appendix of Exhibits and With Lodged (1) [Proposed] Statement of Uncontroverted Facts and Conclusions of Law; (2) [Proposed] Order; and (3)<br><br>Date:   December 22, 2014<br>Time:   1:30 p.m.<br>Ctrm:   9B<br><br>Action Filed:  July 9, 2013<br>Trial Date:    February 3, 2015 |

JUDGMENT

CAROTHERS DiSANTE &
FREUDENBERGER LLP

870639.1

1 | This Court, having on December 22, 2014, granted Defendants' Motion for
2 | Summary Judgment, and having ordered entry of judgment as requested in said
3 | motion,
4 |     IT IS ORDERED, ADJUDGED AND DECREED that
5 |     1.    Plaintiff shall take nothing by his Complaint;
6 |     2.    Plaintiff's Complaint is dismissed in its entirety and with prejudice;
7 |     3.    Judgment with prejudice is entered in favor of Defendants and against
8 | Plaintiff; and
9 |     4.    Defendant American Stores Company, LLC shall recover from Plaintiff
10 | its costs of suit.
11 |
12 | Dated:_January 13, 2015_____   _____
13 |                        HON. Cormac J. Carney
                       UNITED STATES DISTRICT COURT JUDGE

1

JUDGMENT

870639.1